IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>MATHIAS LANGLOTZ AND MICHELLE LANGLOTZ,<br><br>Defendants. | No. C 16-02066 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE TO CONTRA COSTA COUNTY SUPERIOR COURT** |

Magistrate Judge Liz Laporte has submitted a report, recommending remand of this unlawful detainer action, which was improperly removed to federal court by pro se defendants Mathias and Michelle Langlotz (Dkt. No. 5). No objections to the report have been received. Accordingly, this order **ADOPTS IN FULL** Judge Laporte's report and recommendation and this case is hereby **REMANDED TO CONTRA COSTA COUNTY SUPERIOR COURT**. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE